# Exhibit A

**BESPOKE GROUP LLC**
1137 MICHENER WAY, SUITE 123
IRVING, TX 75063, USA
TEL. +1-214-727-2545 FAX +1-888-723-2545



BESPOKE
GROUP LLC

## CONTRACT

DATE: OCT 11, 2013

| | |
|---|---|
| CONTRACT NUMBER | : 37-101113 |
| NAME OF EXPORTER | : BESPOKE GROUP LLC<br>1137 MICHENER WAY, SUITE 123<br>IRVING, TX 75063, USA<br>TEL: +1-214-727-2545, FAX: +1-888-723-2545 |
| NAME OF BUYER | : PROSPER TRADE<br>OFFICE NO # C-810, GROMA HOUSE, PLOT 14-C, SECTOR 19, VASHI<br>NAVI MUMBAI – 400 703 |
| COMMODITY DESCRIPTION | : USA ORIGIN DRY GREEN PEAS |
| QUANTITY | : 180 MT (7 FCLs) APPROXIMATELY |
| PACKAGING | : IN BULK |
| QUALITY | : USA # 2 OR BETTER |
| WEIGHT | : + OR – 10% AT SELLER'S OPTION |
| PRICE PER MT | : US$552 PER MT |
| DELIVERY BASE | : C & F NHAVA SHEVA, INDIA |
| SHIPMENT DATE | : NOV/DEC 2013- SHIPMENT INCEPTION LATEST BY 31ST DECEMBER 2013 |
| REQUIRED DOCUMENTS | : BILL OF LADING, INVOICE, CERTIFICATE OF ORIGIN, WEIGHT & QUALITY, PHYTO CERTIFICATE |
| PAYMENTS TERMS | : CAD BASIS BY WIRE ONE DAY STRICTLY PRIOR TO VESSEL ARRIVAL |
| TERMS & CONDITIONS | : THE TRADE RULES & REGULATIONS OF TEXAS LAW SHOULD GOVERN |
| OTHER NOTES | : DTHC PREPAID AND 14 FREE DAYS ON BL. ANY DAMURAGE CHARGES, CUSTOM CHARGES & BANK CHARGES IN COUNTRY OF DESTINATION ARE IN TO BUYER'S ACCOUNT. DOCK HANDELLING & COURIER FEE OF US$95 PER BL WILL BE INVOICED FOR ALL NON EXPRESS BL. EXPRESS BL WILL BE FREE OF COST IF PAID 7 DAYS PRIOR TO VESSEL ARRIVAL. ANY PAYMENT DELAY WILL BE SUBJECT TO 2% FINANCE CHARGE OF CONTRACT VALUE + INTEREST OF 2% PER MONTH. BUYER TO PROVIDE SHIPMENT INSURANCE CERTIFICATE WITHIN 5 DAYS OF EMAIL OF DRAFT BL. FOR ANY REASON BUYER IS UNABLE TO MAKE FULL PAYMENT PRIOR TO VESSEL ARRIVAL, SELLER HAS BUYER'S NO OBJECTION TO DIVERT SHIPMENT OR SALE SHIPMENT TO OTHER BUYER WITHOUT NOTICE. |

SIGN OF EXPORTER

BESPOKE GROUP LLC

SIGN OF BUYER

PROPSER TRADE