IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HOSTINGXTREME VENTURES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-CV-1471-M |
| | § | |
| BESPOKE GROUP, LLC, DIVYESH PATEL, and HINA PATEL, | § | |
| | § | |
| Defendants. | § | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiff's Motion for Leave to Appeal Under 28 USC § 1292 and Alternatively to Enter Final Judgment to Appeal Under 28 USC § 1291*, filed January 6, 2017 (doc. 291), is **DENIED**.

**SIGNED** this 21st day of August, 2017.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE